Brian T. Flahavan, SBN 215222
**FLAHAVAN LAW OFFICES**
400 College Avenue
Santa Rosa, CA 95401
Phone: 707-525-2917
Facsimile: 707-525-2918

Attorneys for Plaintiff
CELESTE SAGADIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELESTE SAGADIN,<br><br>                 Plaintiff<br><br>v.<br><br>J.C. PENNEY COMPANY, INC., et al.<br><br>                 Defendants.<br>_____ / | Case No.: 3:14-cv-03781-EDL<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE; PROPOSED ORDER**<br><br>**Initial Case Management Conference:**<br>Date:      November 25, 2014<br>Time:     10:00 a.m.<br>Ctrm.:     E |

       Counsel for Plaintiff, CELESTE SAGADIN, Brian T. Flahavan, respectfully requests a telephone appearance at the above-referenced Initial Case Management Conference scheduled for November 25, 2014, at 10:00 a.m. in Courtroom E. Mr. Flahavan can be reached for the telephone appearance at the following telephone number: 707-525-2917.

Dated: November 11, 2014                   FLAHAVAN LAW OFFICES

                                                           /s/ Brian T. Flahavan
                                                           Brian T. Flahavan
                                                           Counsel for Plaintiff
                                                           CELESTE SAGADIN

## ORDER

**IT IS HEREBY ORDERED** that counsel for Plaintiff CELESTE SAGADIN, shall be allowed to appear telephonically for the Initial Case Management Conference on November 25, 2014, 10:00 a.m. in Courtroom E, at the telephone number provided above.

**IT IS SO ORDERED.**

Dated: November 14, 2014

*Elizabeth D. Laporte*
Elizabeth D. Laporte
United States District Court,
Chief Magistrate Judge