**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David A. Melton, SBN 176340
Colleen R. Howard, SBN 257661
Michael C. Christensen, SBN 271256
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
J.C. PENNY CORPORATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELESTE SAGADIN,<br><br>  Plaintiff,<br><br>v.<br><br>J.C. PENNY CORPORATION, INC. and DOES 1 TO 25,<br><br>  Defendants.<br>_____/ | CASE NO. 3:14-cv-03781-EDL<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE;** ~~PROPOSED ORDER~~<br><br>**<u>Initial Case Management Conference:</u>**<br>**Date:   November 25, 2014**<br>**Time:   10:00 a.m.**<br>**Crtm:   E** |

Counsel for Defendant J.C. PENNY CORPORATION, INC., Michael C. Christensen, respectfully requests a telephone appearance at the above-referenced Initial Case Management Conference scheduled for November 25, 2014, at 10:00 a.m. in Courtroom E. Mr. Christensen can be reached for the telephone appearance at the following telephone number: (916) 929-1481, extension 422.

/ / /

/ / /

{01330673.DOCX}                                               1

**REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE;
PROPOSED ORDER**

Dated: November 11, 2014

PORTER SCOTT
A PROFESSIONAL CORPORATION

By _____
Michael C. Christensen
Attorney for Defendant
J.C. PENNY CORPORATION, INC.

## ORDER

**IT IS HEREBY ORDERED** that counsel for Defendant J.C. PENNY CORPORATION, INC. shall be allowed to appear telephonically for the Initial Case Management Conference on November 25, 2014, 10:00 a.m. in Courtroom E, at the telephone number provided above.

**IT IS SO ORDERED.**

Dated: November 14, 2014

_____
Elizabeth D. Laporte
United States District Court,
Chief Magistrate Judge

{01330673.DOCX}

2

**REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE;
PROPOSED ORDER**