**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David A. Melton, SBN 176340
Colleen R. Howard, SBN 257661
Ashley M. Wisniewski, SBN 264601
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
J.C. PENNEY CORPORATION, INC.

Brian T. Flahavan, SBN 215222
FLAHAVAN LAW OFFICES
400 College Avenue
Santa Rosa, CA 95401
TEL: 707.525.2917
FAX: 707.525.2918

Attorneys for Plaintiff
CELESTE SAGADIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELESTE SAGADIN, | CASE NO: 3:14-cv-03781-EDL |
| Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER OF DISMISSAL** |
| v. | |
| J.C. PENNEY CORPORATION, INC. DOES 1 THROUGH 100, INCLUSIVE, | |
| Defendants. / | |

Pursuant to the Settlement Agreement entered into by Plaintiff Celeste Sagadin and Defendant J.C. Penney Corporation, Inc. in this action, IT IS HEREBY STIPULATED, by and between Celeste Sagadin and J.C. Penney Corporation, Inc., through their designated counsel, that

{01367279.DOCX}   1
**STIPULATION AND PROPOSED ORDER OF DISMISSAL**

all claims against J.C. Penney Corporation, Inc. in the above captioned action are hereby dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii). Each party shall bear his own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: February 20, 2015

PORTER SCOTT
A PROFESSIONAL CORPORATION

By   /s/
Colleen R. Howard
Attorney for Defendants
J.C. PENNEY CORPORATION, INC.

Dated: February 20, 2015

FLAHAVAN LAW OFFICE

By _____
Brian T. Flahavan
Attorney for Plaintiff
CELESTE SAGADIN

IT IS SO ORDERED.

DATED: March 19, 2015

_____
UNITED STATES DISTRICT COURT JUDGE
Magistrate

{01367279.DOCX}                                    2
**STIPULATION AND PROPOSED ORDER OF DISMISSAL**